**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ANTHONY HENRY
ADC #140754                                                                                          PLAINTIFF

V.                              CASE NO. 1:14-CV-00071 DPM/BD

KANE SPICER and
R. STERLING                                                                                          DEFENDANTS

**ORDER**

Anthony Henry, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #2) Because his original complaint was deficient, the Court ordered Mr. Henry to file an amended complaint. Mr. Henry has now complied with the Court's order. Based on the allegations in the original and amended complaints, he has stated an equal protection claim against Defendant Spicer. Accordingly, service is now proper for Defendant Spicer. Mr. Henry's remaining claims will be addressed in a separate recommendation.

The Clerk of Court is directed to prepare a summons for Defendant Spicer. The United States Marshal is directed to serve copies of the complaint and amended complaint, with any attachments (docket entries #2, #6), and a summons for this Defendant without requiring prepayment of fees and costs or the posting of security. Service for Defendant Spicer should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 19th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE