IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRACY HENSON                                                                                          PLAINTIFF

v.                                      No. 4:14-cv-290-DPM

LINCOLN NATIONAL LIFE INSURANCE CO.
And LITTLE ROCK EYE CLINIC LLP                                                       DEFENDANTS

JUDGMENT

Pursuant to the parties' stipulation, № 12, Henson's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 September 2014